THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., | CASE NO. C20-0567-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AUTO-OWNERS INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motions to file over-length briefs (Dkt. Nos. 8, 22). The Court GRANTS the relief as requested.

DATED this 14th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0567-JCC
PAGE - 1