THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE USA, INC., | CASE NO. C20-0567-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AUTO-OWNERS INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for clarification (Dkt. No. 28). Having thoroughly considered the motion and the relevant record, the Court DENIES the motion. The Clerk is DIRECTED to take steps necessary to transfer this case to the U.S. District Court for the Western District of Michigan, Southern Division at Lansing.

DATED this 14th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0567-JCC
PAGE - 1